IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RACHEL VARNADOE,

      Plaintiff,

v.                              CASE NO. 1:12-cv-247-RS-GRJ

WIRELESS WIZARD, INC.,

      Defendant.
_____/

## ORDER

Before me is the Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. 41). The settlement reflects a reasonable compromise of the disputed issues. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982). Therefore, the settlement is approved, and the case is **DISMISSED with prejudice**. The Clerk is directed to close the case.

**ORDERED** on July 11, 2013.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**